# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

EMMETT M. LOCKHART,                     :     Civil No. 3:19-CV-02034
                                        :
    Petitioner,                         :
                                        :
    v.                                  :
                                        :
BARRY SMITH, *et al.*,                  :
                                        :
    Respondents.                        :     Judge Jennifer P. Wilson

## ORDER

**AND NOW**, on this 22nd day of February, 2021, for the reasons stated in the accompanying memorandum, **IT IS ORDERED AS FOLLOWS**:

1.  The petition for writ of habeas corpus (Doc. 1) is **DISMISSED**.

2.  A certificate of appealability is **DENIED**.

3.  The Clerk of Court is directed to **CLOSE** this case.

 

s/ Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania